No. 98–9496.   CHAMBERS v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 527 U. S. 1029 and 1059.   Motion of petitioner for leave to file second petition for rehearing denied.